Ben A. Lehavi (Nevada Bar # 14564)
Chad Pace (Nevada Bar #13057)
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
ben@benslaw.com, chad@benslaw.com
Utah Pro Hac Admission forthcoming

RYAN MERRIMAN (14720)
Bennett Tueller Johnson & Deere, LLC
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121-5207
*Attorneys for Defendants Trena Sharell Lloyd,
Sharrell's World, LLC, and William M. Lloyd
Aka Perry Sanders*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| AMBER CHERRINGTON, ANDREW KENTON, YOUNG ONE UNIVERSITY, LLC, AMANDA GRAYCE CROSBY, JENELLE EVANS-EASON, JENNIFER KOCZUR-RICHARDON, FRITZ DREXLER, JOSEPH C. ALAMILLA, PLLC, JOSEPH C. ALAMILLA, and JANE and JOHN DOES 1-20,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN YATES, TRENA SHARRELL LLOYD, SHARRELL'S WORLD, LLC, WILLIAM M. LLOYD aka PERRY SANDERS, and JANE AND JOHN DOES 1-20,<br><br>Defendants. | **MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:21-cv-00314<br><br>**Judge Robert J. Shelby** |

Pursuant to DUCiv 83-1.3, Ryan M. Merriman of the law firm of Bennett Tueller Johnson & Deere, and Ben A. Lehavi and Chad Pace of Ben's Law (collectively, "Counsel"), hereby move to withdraw as counsel for:

> William M. Lloyd
> Trena Sharrell Lloyd
> Sharrell's World, LLC (collectively, "Client")
> 7995 Blue Diamond Road, Suite 102-101
> Las Vegas, Nevada 89178
> Will4823@yahoo.com
> (804) 564-4729

The reasons for the withdrawal are that Client has terminated Counsel's services.

In the event this motion is granted, Client or new counsel for Client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to DUCiv 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court. This motion is made with Client's consent, which is attached to this motion. The undersigned certifies that no trial date has been set. A proposed order is attached to this motion and has been submitted in word format to the Court concurrent with the filing of the motion. The undersigned also certifies that a copy of this motion and the proposed order have been submitted to the Client at the address identified above.

DATED this 10th day of August, 2021.

BEN'S LAW

/s/ Chad Pace
Chad Pace

/s/ Ben A. Lehavi
Ben A. Lehavi

BENNETT TUELLER JOHNSON & DEERE

/s/ *Ryan M. Merriman*
Ryan M. Merriman

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2021, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Rex L. Bray | ( ) | U.S. Mail, Postage Prepaid |
| LAW OFFICE OF REX L. BRAY, P.C. | ( ) | Hand Delivered |
| 9557 S. 700 E., Suite 101 | ( ) | Overnight Mail |
| Sandy, Utah 84070 | ( ) | Facsimile |
| rexbray@hotmail.com | (X) | E-Filed |
| *Attorney for Plaintiffs* | ( ) | E-Mailed |

/s/ Bree Boynton