IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHERRINGTON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YATES et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Civil No. 2:21-cv-00314-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

It is hereby ORDERED AND ADJUDGED that judgment is entered in favor of Defendants due to Plaintiffs' failure to establish subject-matter jurisdiction.[1]

SO ORDERED this 20th day of September 2021.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] *See* Order Dismissing Case (Dkt. 30).

1